**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

EPISTAR CORPORATION,

      Plaintiff,

    v.

LOWE'S COMPANIES, INC.,
LOWE'S HOME CENTERS, LLC,

      Defendants.

CASE NO.:  6:20-cv-00420-ADA

**JURY TRIAL DEMANDED**

**JOINT STIPULATION TO CHANGE**
**EXPERT REPORT AND DISCOVERY DEADLINES**

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff Epistar Corporation ("Epistar") and Defendants Lowe's Companies, Inc. and Lowe's Home Centers, LLC (collectively, "Lowe's") (together with Epistar, the "Parties"), by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, on August 25, 2021, the Parties jointly submitted a stipulation and request to amend the case schedule (Dkt. 72);

WHEREAS, on September 8, 2021, the Court granted the Parties' joint request to amend the schedule;

WHEREAS, pursuant to Dkt. 72, opening expert reports are due on May 26, 2022, rebuttal expert reports are due on June 28, 2022, and expert discovery closes on July 11, 2022;

WHEREAS, the Parties have met and conferred, and agreed that the aforementioned expert report and discovery deadlines should be extended by one week to resolve outstanding fact discovery issues; and

WHEREAS, the Parties further state that the stipulated deadlines do not change the date of any hearing, trial, or other Court date, and do not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

NOW, THEREFORE, the Parties respectfully stipulate to the following expert report and discovery schedule as follows:

| Event | Scheduling Order (Dkt. 72) | New Schedule |
| --- | --- | --- |
| Opening Expert Reports. | May 26, 2022 | June 2, 2022 |
| Rebuttal Expert Reports. | June 28, 2022 | July 5, 2022 |
| Close of Expert Discovery. | July 11, 2022 | July 18, 2022 |

-2-

AGREED BY:

Dated:  May 18, 2022

| | |
|---|---|
| */s/: James C. Yoon* | */s/: Michael B. Eisenberg* |
| James C. Yoon (*pro hac vice*)<br>jyoon@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Fax: (650) 493-6811 | Michael B. Eisenberg (admitted *pro hac vice*)<br>Steptoe & Johnson LLP<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 506-3931<br>Facsimile: (212) 506-3950<br>Email: meisenberg@steptoe.com |
| Lucy Yen (*pro hac vice*)<br>lyen@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Fax: (212) 999-5899 | Anna M. Targowska (admitted *pro hac vice*)<br>Steptoe & Johnson LLP<br>227 West Monroe Street, Suite 4700<br>Chicago, IL 60606<br>Telephone: (312) 577-1269<br>Email: atargowska@steptoe.com |
| *Attorneys for Plaintiff Epistar Corporation* | *Attorneys for Defendants Lowe's Companies, Inc. and Lowe's Home Centers, LLC* |

-3-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record via electronic mail on May 18, 2022.

By: */s/ James C. Yoon*